# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 JAN 22  P 1: 06

CLERK _L. LaVictoire_
SO. DIST. OF GA.

Homes & Land Affilliates, LLC
_____
Plaintiff

v.

St. Simons Homes & Land, Inc.
_____
Defendant

Case No. ___CV207-003___

Appearing on behalf of

___Plaintiff___
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __22nd__ day of __January__, 2007.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

**NAME OF PETITIONER:** ___Gregory B. Allen, Esq.___

**Business Address:** ___Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.___
Firm/Business Name

___255 S. Orange Ave.___
Street Address

| Suite 1401 | Orlando | FL | 32801 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

___P.O. Box 3791___
Mailing Address (if other than street address)

___Orlando, FL  32802-3791___

| Address Line 2 | City, State, Zip |
|---|---|
| 407-841-2330 | 550752 |
| Telephone Number (w/ area code) | ~~Georgia~~ Bar Number |
| | Florida |