# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 JAN 22 P 1: 06

CLERK _L. LaVictoire_
S.D. DIST. OF GA.

Homes & Land Affilliates, LLC
_____
Plaintiff

v.

St. Simons Homes & Land, Inc.
_____
Defendant

Case No. ___CV207-003___

Appearing on behalf of

___Plaintiff___
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __22nd__ day of __January__, 2007.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

**NAME OF PETITIONER:** ___Gregory B. Allen, Esq.___

**Business Address:** ___Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.___
Firm/Business Name

___255 S. Orange Ave.___
Street Address

___Suite 1401___   ___Orlando___   ___FL___   ___32801___
Street Address (con't)   City   State   Zip

___P.O. Box 3791___
Mailing Address (if other than street address)

___Orlando, FL  32802-3791___
Address Line 2   City, State, Zip

___407-841-2330___   ___550752___
Telephone Number (w/ area code)   ~~Georgia~~ Bar Number
Florida