# United States District Court
## *Southern District of Georgia*

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 JAN 22 P 1: 06

CLERK *L. LaVictoria*
SO. DIST. OF GA.

| | |
|---|---|
| Homes & Land Affilliates, LLC | Case No.    CV207-003 |
| **Plaintiff** | |
| v. | Appearing on behalf of |
| St. Simons Homes & Land, Inc. | Plaintiff |
| **Defendant** | **(Plaintiff/Defendant)** |

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, ***Petitioner's*** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED.**

This __22__ day of __January__ , __2007__.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

| | |
|---|---|
| NAME OF PETITIONER: | Herbert L. Allen, Esq. |
| Business Address: | Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A. |
| | **Firm/Business Name** |
| | 255 S. Orange Ave. |
| | **Street Address** |

| Suite 1401 | Orlando | FL | 32801 |
|---|---|---|---|
| **Street Address (con't)** | **City** | **State** | **Zip** |

P.O. Box 3791

**Mailing Address (if other than street address)**

| Orlando | FL | 32802-3791 |
|---|---|---|
| **Address Line 2** | **City, State, Zip** | |

| 407-841-2330 | 114126 |
|---|---|
| Telephone Number (w/ area code) | Georgia Bar Number |
| | FLorida |