# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 JAN 22 P 1:06

CLERK _L. LaVictoire_
SO. DIST. OF GA.

| | |
|---|---|
| Homes & Land Affilliates, LLC | Case No. CV207-003 |
| Plaintiff | |
| v. | Appearing on behalf of |
| St. Simons Homes & Land, Inc. | Plaintiff |
| Defendant | (Plaintiff/Defendant) |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 22 day of January, 2007.

_James E. Graham_
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

**NAME OF PETITIONER:** Herbert L. Allen, Esq.

**Business Address:** Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.
Firm/Business Name

255 S. Orange Ave.
Street Address

| Suite 1401 | Orlando | FL | 32801 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

P.O. Box 3791
Mailing Address (if other than street address)

| Orlando | | FL | 32802-3791 |
|---|---|---|---|
| Address Line 2 | | City, State, Zip | |

| 407-841-2330 | | 114126 | |
|---|---|---|---|
| Telephone Number (w/ area code) | | Georgia Bar Number | |
| | | FLorida | |