IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 FEB 20  A II: 51

CLERK
SO. DIST. OF GA.

**HOMES & LAND AFFILIATES, LLC,**
a Delaware limited liability company,

    Plaintiff,

v.

**ST. SIMONS HOMES & LAND, INC.,**
a Georgia corporation,

    Defendant.
_____/

Case No.: CV207-003

### PERMANENT INJUNCTION

Based upon the stipulation of Plaintiff and Defendant, the Court finds that:

1. Plaintiff's **HOMES & LAND** trademarks and its **HOMESANDLAND.COM** service mark are valid and enforceable.

2. Plaintiff asserts that Defendant has infringed Plaintiff's marks by using the term "Homes & Land" in its business name.

3. Defendant agrees to the entry of this Permanent Injunction.

4. Therefore, it is hereby Ordered and Adjudged that the Defendant, together with its officers, directors, managers, agents, affiliates, and employees are hereby permanently enjoined from registering, advertising, listing or using any business name, trademark, service mark, domain name, or Internet address that uses Plaintiff's **HOMES & LAND** or **HOMESANDLAND.COM** marks or that has the words "Homes and Land" together in the same phrase therein or any colorable

variation thereof, or that has the words "St. Simons Homes & Land" or "St. Simons H & L" together therein or any colorable variations thereof. Provided however, this is not meant to enjoin Michael Alderman from doing business as Marshes of Glynn Agency or from describing the business of Marshes of Glynn Agency as including the selling of homes and the selling of land so long as the words "homes and land" are not used as a part of the same phrase.

5. Defendants shall have one hundred and twenty (120) days to comply with this injunction as to any Internet use and MLS listings, all print advertising (including, but not limited to, newspaper ads), yard and business signs, and real estate flyers; and as to any telephone directories, real estate publications, or any other periodically-published print media, Defendant shall comply with this injunction at the next reprinting of each such publication.

6. Each party shall bear its own attorneys' fees and costs.

7. This Court shall retain jurisdiction to insure compliance with the above provisions.

Done and Ordered this ___20th___ day of __February__ 2007 at __12___ o'clock, ___.M. at Brunswick, Georgia.

_____
Honorable Anthony A. Alaimo
United States District Judge